Date: 12/17/10

**DIVIDENDS REMITTED TO THE COURT**

RC. #3139

Case Number 08-31517 - BOLDT, MERLE DALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| WATERCARE CORPORATION<br>1025 EAST ALBERT DR.<br>PO BOX 1717<br>MANITOWOC, WI 54221-1717<br>1026 | 000002 | 575.64 | 2.07 |
| CHASE BANK USA NA<br>P.O. BOX 15145<br>WILMINGTON DE 19850-5145<br>4563 | 000004 | 800.85 | 2.88 |
| CHASE BANK USA NA<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374<br>5282 | 000008 | 1,194.10 | 4.30 |
| LEO BARTOSH<br>35371 490TH STREET<br>WINDOM, MN 56101 | 000011 | 278.25 | 1.00 |
| FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN ST<br>MIDDLETOWN NY 10940<br>2133 | 000014 | 977.51 | 3.52 |
| CONERS SEPTIC SERVICE<br>42993 570TH AVENUE<br>MOUNTAIN LAKE, MN 56159 | 000015 | 185.38 | 0.66 |
| ---------- Remittance Total ---------- | | 4,011.73 | 14.43 |

CHARLES W. RIES, Trustee

COURT1                                                          Printed: 12/17/10 03:52 PM   Ver: 16.01a